# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNNY ALLEN SLOVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> MIKE ADDISON, Warden, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. CIV-14-428-F |

## ORDER

On June 18, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that plaintiff's claims in counts one and two of the 42 U.S.C. § 1983 complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted and that plaintiff's claim in count three of the 42 U.S.C. § 1983 complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted. Magistrate Judge Purcell further recommended that the dismissal of this cause of action for failure to state a claim upon which relief may be granted count as one "prior occasion" or "strike" pursuant to 28 U.S.C. § 1915(g).

In the Report and Recommendation, Magistrate Judge Purcell advised plaintiff of the right to object to the Report and Recommendation by July 8, 2014, and further advised plaintiff that failure to timely object would waive appellate review of the recommended ruling.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by plaintiff within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell (doc. no. 11) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. Plaintiff's claims in counts one and two of the 42 U.S.C. § 1983 complaint are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted, and plaintiff's claim in count three of the 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted. The dismissal of this cause of action for failure to state a claim upon which relief may be granted shall count as one "prior occasion" or "strike" pursuant to 28 U.S.C. § 1915(g). Judgment shall issue forthwith.

DATED July 23, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0428p003.wpd